```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 09 B 00263
   JOHN GLENNON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-9444

------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 01/07/2009 and was not confirmed.

    The case was dismissed without confirmation 03/04/2009.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------
CITIZENS AUTO FINANCE      UNSECURED        24721.47           .00           .00
RESURGENCE FINANCIAL LLC   UNSECURED         6839.51           .00           .00
CITIFINANCIAL AUTO CREDI   UNSECURED        22423.49           .00           .00
COMMONWEALTH EDISON        UNSECURED          384.56           .00           .00
FEINBERG & BARRY           UNSECURED        NOT FILED          .00           .00
REDLINE RECOVERY           UNSECURED        NOT FILED          .00           .00
ILLINOIS SECRETARY OF ST   UNSECURED        NOT FILED          .00           .00
CHRISTOPHER J STASKO       DEBTOR ATTY           .00                         .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                   .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                      --------------          --------------
TOTALS                    .00                         .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/26/09                      _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```